UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EXPRESS GOLD CASH, INC., | |
| Plaintiff, | |
| -vs- | Civil Action No.: 1:18-cv-837 |
| BEYOND79, LLC d/b/a SELLYOURGOLD.COM, | **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant. | |

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Express Gold Cash, Inc. states that Express Gold Cash, Inc. does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED:  July 31, 2018

Respectfully submitted,

s/Kamran F. Hashmi
*Attorneys for Plaintiff Express Gold Cash, Inc.*
Kamran F. Hashmi, Esq.
Jeremy M. Sher, Esq.
Leclair Korona Cole LLP
28 E. Main Street, Suite 1500
Rochester, New York 14614
Tel: (585) 327-4100
Fax: (585) 327-4200
khashmi@leclairkorona.com
jsher@leclairkorona.com