AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Beyond 79, LLC d/b/a/ SellYourGold.com
was received by me on *(date)* 8/9/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Donna Moch , who is
designated by law to accept service of process on behalf of *(name of organization)* Beyond 79, LLC d/b/a
SellYourGold.com on *(date)* 8/9/18 3:10pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ——— for travel and $ ——— for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/11/18

_____
Server's signature

Honory Kes
*Printed name and title*

151 N. NobHill Rd #254 Plantation, FL 33324
*Server's address*

Additional information regarding attempted service, etc:

$3.99

| Print | Save As... | Reset |

# AFFIDAVIT OF PROCESS SERVER

Job # 2018003997

**Client Info:**
LECLAIR, KORONA, COLE LLP
28 East Main Street, Suite 1500
Rochester, NY 14614

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>EXPRESS GOLD CASH, INC.<br>-versus-<br>**DEFENDANT:**<br>BEYOND79, LLC D/B/A SELLYOURGOLD.COM | Circuit Court<br><br><br>Court Case # **1:18-CV-837** |

**Service Info:**

**Date Received:** 8/9/2018 at 01:41 PM
**Service:** I Served **BEYOND79, LLC D/B/A SELLYOURGOLD.COM C/O R.A. CT CORPORATION SYSTEM**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT W/ EXHIBITS A THROUGH K**
by leaving with **Donna Moch, AUTHORIZED TO ACCEPT**

At Business **1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324**
On **8/9/2018** at **03:10 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **Honory Kes** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**Honory Kes**
**1478**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Our Job # **2018003997**
SUBSCRIBED AND SWORN to before me this ___9___ day of ___8___, __18__, by **Honory Kes**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida



JOSHUA M WRIGHT
NOTARY PUBLIC-STATE OF FLORIDA
COMM. # FF 957111
MY COMM. EXPIRES 02-03-2020

 

1 of 1